# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **LINDA BADNELL**, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:19-cv-5389 |
| | : | |
| vs. | : | JUDGE WATSON |
| | : | |
| **CONTINUING HEALTHCARE SOLUTIONS, INC.,** *et al.*, | : | MAGISTRATE JUDGE JOLSON |
| | : | |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Linda Badnell and Defendants Continuing Healthcare Solutions, Inc. and CHS Employment Services, LLC, by and through counsel, hereby state that all claims between them are hereby dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

Dated: July 14, 2020                                         Respectfully submitted,

*/s/ Greg R. Mansell*                                        */s/ Nick A. Nykulak*
Greg R. Mansell (0085197)                                    (via email authority)
*Greg@MansellLawLLC.com*                                     Nick A. Nykulak (0075961)
Carrie J. Dyer (0090539)                                     Sean S. Kelly (0075442)
*Carrie@MansellLawLLC.com*                                   Ross, Brittain & Schonberg Co., L.P.A.
Rhiannon M. Herbert (0098737)                                6480 Rockside Woods Blvd. South, Ste. 350
*Rhiannon@MansellLawLLC.com*                                 Cleveland, OH 44131
Mansell Law, LLC                                             Phone: (216) 447-1551
1457 S. High Street                                          Fax: (216) 447-1554
Columbus, OH 43207                                           *nnykulak@rbslaw.com*
Phone: (614) 610-4134                                        *skelly@rbslaw.com*
Fax: (614) 547-3614

*Attorneys for Plaintiff*                                    *Attorney for Defendants*

## CERTIFICATE OF SERVICE

This will certify that the foregoing was filed electronically on July 14, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                         */s/ Greg Mansell*  
                                                         Greg Mansell (0085197)